[No. 39017-7-I.    Division One.    November 18, 1996.]

*In the Matter of the Personal Restraint of* BRADLEY
D. PROCTOR, *Petitioner.*

Petition for relief from personal restraint. *Granted in
part* and *denied in part* by unpublished per curiam
opinion.

[No. 39270-1-I.    Division One.    November 18, 1996.]

TYLER BURGESS, *Respondent*, v. MICHIGAN STATE
UNIVERSITY, ET AL., *Petitioners.*

Appeal from a judgment of the Superior Court for King
County, No. 96-2-03616-1, Charles V. Johnson, J., entered
August 16, 1996. *Reversed* by unpublished per curiam
opinion.

[No. 13524-1-III.    Division Three.    November 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. M.A.P.,
*Appellant.*

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 92-1-00004-2, Ted Kolbaba, J., entered
January 25, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 14939-1-III.    Division Three.    November 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS
JERRY MOONEY, *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 95-8-00290-0, Mike R. Johnston, J.,
entered May 26, 1995. *Affirmed in part* and *reversed in
part* by unpublished opinion per Munson, J., concurred in
by Sweeney, C.J., and Thompson, J.